William M. McKeon (Bar No. 3726-0)
  bill@mimhawaii.com
Keri C. Mehling (Bar No. 8423-0)
  keri@mimhawaii.com
MCKEON IMLAY MEHLING
A Limited Liability Law Company
2145 Kaohu Street, Suite 203
Wailuku, Hawai'i 96793
Telephone: (808) 242-6644
Facsimile: (808) 244-9775

Jonathan K. Levine (admitted *pro hac vice*), jkl@girardgibbs.com
Elizabeth C. Pritzker (admitted *pro hac vice*), ecp@girardgibbs.com
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*[Other counsel listed on signature page]*

*Attorneys for Individual and Representative Plaintiffs Bruce Benedict, Joe Williams, Joseph Baglino, James Brown and Adrienne Schmadeke*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Bruce Benedict; Joe Williams; Joseph Baglino; James Brown; and Adrienne Schmadeke, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Diamond Resorts Corporation; Diamond Resorts Parent, LLC; Diamond Resorts Holdings, LLC; Resort Management International, Inc.; Stephen J. Cloobeck; Kathy Wheeler; Frank Goeckel; and Jason Toste,<br><br>   Defendants. | Case No. 1:12-cv-00183-DAE-BMK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL CLASS ACTION SETTLEMENT APPROVAL**<br><br>**<u>CLASS ACTION</u>** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on **March 18, 2013 at 9:45 a.m**., or as soon thereafter as counsel may be heard, Plaintiffs Bruce Benedict, Joe Williams, Joseph Baglino, James Brown and Adrienne Schmadeke (collectively, "Plaintiffs") will move for an order from the Court granting: (i) final approval of the Settlement Agreement and Release (the "Settlement") and (ii) final certification of the Settlement Class preliminary certified in the Court's December 12, 2012 order. *See* Dkt. No. 64. Plaintiffs' motion, which Defendants Diamond Resorts Corporation ("DRC"), Diamond Resorts Parent, LLC ("DRP"), Diamond Resorts Holdings, LLC ("DRH"), Resort Management International, Inc. ("RMII"), Stephen J. Cloobeck, Kathy Wheeler, Frank Goeckel and Jason Toste (collectively, "Defendants") do not oppose, is made pursuant to Rule 23 of the Federal Rules of Civil Procedure.

This motion is based on the memorandum of points and authorities, the joint declaration of Jonathan K. Levine, Andrew N. Friedman, and William M. McKeon filed herewith, and such additional evidence or argument as may be required by the Court.

Dated: January 14, 2013           Respectfully submitted,

*/s/ Elizabeth C. Pritzker*

Jonathan K. Levine (Admitted *pro hac vice*)

1

Elizabeth C. Pritzker (admitted *pro hac vice*)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

William M. McKeon (Bar No. 3726-0)
Keri C. Mehling (Bar No. 8423-0)
MCKEON IMLAY MEHLING
A Limited Liability Law Company
2145 Kaohu Street, Suite 203
Wailuku, Hawai'i 96793
Telephone: (808) 242-6644
Facsimile: (808) 244-9775

Andrew N. Friedman (admitted *pro hac vice*)
Douglas J. McNamara (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Individual and Representative Plaintiffs Bruce Benedict, Joe Williams, Joseph Baglino, James Brown and Adrienne Schmadeke*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | | |
|---|---|---|
| John R. Dwyer, Jr. | jdwyer@dwyerlaw.com | January 14, 2013 |
| Keri Catherine Mehling | keri@mimhawaii.com | January 14, 2013 |
| William M. McKeon | bill@mimhawaii.com | January 14, 2013 |
| Andrew Baum | abaum@glaserweil.com | January 14, 2013 |

**Served by First Class Mail:**

| | |
|---|---|
| Patricia L. Glaser<br>Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | January 14, 2013 |
| Craig H. Marcus<br>Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067 | January 14, 2013 |
| Andrew N. Friedman<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave., NW, Suite 500W<br>Washington, DC 20005 | January 14, 2013 |

4

Douglas J. McNamara                                      January 14, 2013
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW, Suite 500W
Washington, DC 20005


                                              /s/ Elizabeth C. Pritzker